No. 72–5137. SCHARBROUGH *v.* CUPP, WARDEN. Sup. Ct. Ore. Certiorari denied.

No. 72–5141. BENNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5144. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5147. BENG-JOC, AKA LEE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5148. ROCHE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5149. ROCHE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5150. GARCIA-TURINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5154. BISHOP, AKA SPEER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5155. PARIS ET AL. *v.* FOREMAN, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied.

No. 72–5158. SIKES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5159. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5160. HAWK *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 72–5164. TYLER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.